# LSBA Membership Directory

In accordance with Supreme Court Rule XIX, the LSBA Membership Directory provides current contact information for members of the Louisiana State Bar Association.
You may search for members using any combination of FIRST NAME, LAST NAME or CITY.
View Status Descriptions (../../../Public/MemberStatus.aspx)

Looking for a specialist? Visit the Louisiana Board of Legal Specialization Specialists (../../../Specialization/Specialist.aspx)

## LSBA Membership Directory

🔍 New Search

### Ms. Tiffany Ann Peters

**Date Admitted:** 4/11/2003

Not Eligible

**Open Status Actions:**

**Issue Date:** 6/1/2015
**Status Reason:** Ineligible for noncompliance with CLE requirements.

**Issue Date:** 4/2/2015
**Status Reason:** Disbarred from practicing law.

**Issue Date:** 9/9/2014
**Status Reason:** Ineligible for noncompliance with Trust Account Registration requirements.

**Issue Date:** 9/9/2014
**Status Reason:** Ineligible for unpaid bar dues.

**Issue Date:** 9/9/2014
**Status Reason:** Ineligible for unpaid disciplinary dues.

close