UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 24-11137 |
| 680 WALL BLVD., LLC, | § § | CHAPTER 11 |
| DEBTOR. | § § § | SECTION A |

### ORDER OF DISMISSAL

The Court held a hearing on August 14, 2024, (i) to consider the *United States Trustee's Motion To Dismiss Case or, in the Alternative, Convert Case to Chapter 7* (the "Motion"), [ECF Doc. 6], filed by David W. Asbach, Acting United States Trustee for Region 5 (the "UST"), and (ii) for the Debtor to appear and show cause pursuant to the Court's *Order To Appear and Show Cause* (the "Order To Show Cause"), [ECF Doc. 16], as to why this case should not be dismissed for failure to pay the Chapter 11 filing fee.

APPEARANCES:

Rachel T. Vogeltanz, Counsel for the UST;
Lucy G. Sikes, Subchapter V Trustee; and
James W. "Jim" Thurman, Counsel for Sam Raymond Employee PSP/401k Trust.

For the reasons stated on the record,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned bankruptcy case is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Order To Show Cause is **MOOT**.

**IT IS FURTHER ORDERED** that the automatic stay pursuant to 11 U.S.C. § 362 is hereby **VACATED AND SET ASIDE**.

**IT IS FURTHER ORDERED** that notwithstanding 11 U.S.C. § 349, this Order and all prior orders of this Court shall survive dismissal of the bankruptcy case, shall remain in full force and effect, and shall be unaffected by the dismissal of the bankruptcy case.

**IT IS FURTHER ORDERED** that all other pending matters in the above-captioned bankruptcy case are **MOOT**.

**IT IS FURTHER ORDERED** that the UST shall serve this Order via first-class U.S. Mail on the required parties who will not receive a copy through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and this Court's Local Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, August 15, 2024.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE